IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STANLEY E. WILLIS        )
                         )
v.                       )        No. 3-07-1258
                         )
DEPARTMENT OF THE ARMY,  )
OFFICE OF THE INSPECTOR  )
GENERAL; and JOE DOES, unknown )
agency personnel of the Department )
of the Army, Office of the Inspector )
General                  )

O R D E R

On June 12, 2008, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 18), no answer or motion for summary judgment having been filed by the defendants.

In accord with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Pursuant to the order entered April 14, 2008 (Docket Entry No. 16), this case was reassigned to the Honorable William J. Haynes, Jr. Since Judge Haynes conducts his own case management, the Magistrate Judge would normally have forwarded the file to him at that time. However, as provided in the order entered April 7, 2008 (Docket Entry No. 15), a telephone conference call had already been scheduled with counsel for the parties on April 23, 2008, and it appeared from the April 23, 2008, conference call and a subsequent conference call held on May 6, 2008, that it was very likely that the parties would reach a resolution of this case. Therefore, the Magistrate Judge continued involvement in this case to determine if, in fact, a resolution could be reached expeditiously.